MORTIMER BARTLETT, Plaintiff, *v.* JOHN E. HARRIS et al., as Executors of JOHN W. HUNT, Deceased, Defendants.

MORTIMER BARTLETT et al., Appellants; THE SHERIFF OF THE COUNTY OF NEW YORK, Respondent.

Reported below, 163 App. Div. 849.
(Submitted December 14, 1914; decided December 18, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1914, which affirmed an order of Special Term taxing sheriff's fees upon an attachment.

The motion was made upon the grounds that the order appealed from was discretionary, was not a final order in a special proceeding and that permission to appeal had not been obtained.

*Albert Blumenstiel* for motion.

*Frank Parker Ufford* opposed.

Motion denied, without costs.

———————————

LONDON AND SOUTHWESTERN BANK, LIMITED, Appellant, *v.* WILLIAM N. WHITE, Respondent.

(Submitted December 14, 1914; decided December 18, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 212 N. Y. 594.)